

$50   FEE PAID
# 113577C
___ FEE NOT PAID
(SEND LETTER)

ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 30  P 1: 14

AT BALTIMORE

BY _____ DEPUTY



**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| ROCKVILLE HARLEY-DAVIDSON, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARLEY-DAVIDSON MOTOR COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. JFM 02-1576 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, Nicholas T. Christakos, Esquire, a member of the Bar of this Court, moves the admission of James J. Briody, Esquire to appear pro hac vice in the captioned proceeding as counsel for Harley-Davidson Motor Company.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bars of the Commonwealth of Virginia, the District of Columbia, and the following United States Courts: United States District Court for the District of Columbia; United States District Court for the Eastern District of Virginia; and the United States Court of Federal Claims.

2. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has not been admitted pro hac vice in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice.



WO 113265.1

4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee in this proceeding will be the undersigned Nicholas T. Christakos, Esquire, who has been formally admitted to the Bar of this Court.

6. It is understood that admission **pro hac vice** does not constitute formal admission to the Bar of this Court.

Respectfully submitted this 30th day of May 2002.

_____
Nicholas T. Christakos, Federal Bar No. 24854
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415
Ph:    (202) 383-0100
Fax:   (202) 637-3593

_____
James J. Briody
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415
Ph:    (202) 383-0100
Fax:   (202) 637-3593

Prid _____
Plid _____

**ORDER**

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court

Motion _____ DENIED

_____
Dated

_____
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Motion for Admission Pro Hac Vice was served via first-class U.S. Mail, postage prepaid this 30th day of May 2002 on:

>Mr. Devin L. Battley
>Rockville Harley-Davidson, Inc.
>7830 Airpark Road
>Gaithersburg, MD 20879-4147

>and

>Miller Poppleton, Jr., Esq.
>Poppleton, Garrett & Polott, P.C.
>15400 Calhoun Drive, Suite 140
>Derwood, MD 20855-2735

>Michael G. Charapp, Esq.
>Charapp, Deese & Weiss, LLP
>1901 Pennsylvania Ave., N.W., Suite 1001
>Washington, DC 20006

>COUNSEL FOR ROCKVILLE HARLEY-DAVIDSON, INC.

_____
Nicholas T. Christakos

WO 113265.1