IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

ROCKVILLE HARLEY-DAVIDSON,
INC.

v.

HARLEY-DAVIDSON MOTOR CO.,
INC.

\*
\*
\*
\*
\*
\*
\*
\*\*\*\*\*

2002 AUG 27  A 11: 55

Civil No. JFM-02-CV-1576

AT BALTIMORE

————————DEPUTY

ORDER

For the reasons stated in the accompanying memorandum, it is, this 27 day of August

2002 ORDERED

　　1.  Plaintiff's motion to strike is denied;

　　2.  Plaintiff's motion to remand is granted.

　　3.  The case is remanded to the Maryland Department of Transportation, Motor Vehicle

Administration.

J. Frederick Motz
United States District Judge